IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAY MARIE KLAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-267-JJF |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this _1_ day of February, 2008, upon consideration of Defendant's Motion for an Enlargement of Time, it is hereby **ORDERED** that the time in which Defendant may file his Response to Plaintiff's Motion for Summary Judgment is enlarged to February 29, 2008.

BY THE COURT:

_____ J.