IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAY MARIE KLAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION No.: 1:07CV00267 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 14 day of February, 2008, upon consideration of the Commissioner's Motion to Remand, it is hereby

ORDERED

that the Commissioner's motion is granted, and this case is remanded to the Commissioner for further proceedings consistent with this motion.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

APPROVED AND SO ORDERED:

_____ J.